IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 4:10-cv-00113-FL |
| ) | |
| KENNETH E. HANCOCK, SR., et al. ) | |
| ) | |
| Defendants. ) | |

## DEFAULT AGAINST DEFENDANT BENNIE E. BENTON, SR.

Defendant Bennie E. Benton, Sr., having failed to plead, or otherwise defend in this action, a

DEFAULT is hereby entered against Defendant, pursuant to Fed. R. Civ. P. 55(a).

Dated this _____ 18th _____ day of _____ January _____, 2011.

Dennis P. Iavarone
Clerk of Court

_____
Clerk

Copies to:

Brittney N. Campbell
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

6363195.2

Bennie E. Benton, Sr.
6570 Bend of the River Road
Dunn, NC 28334

6363195.2

Bennie E. Benton, St.
6570 Bend of the River Road
Dunn, NC 28334

Alice T. Benton
6570 Bend of the River Road
Dunn, NC 28334

6363195.2