FILED
NOV 3 0 2011
IN OPEN COURT
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___CB___ DEP CLK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 4:10-cv-00113-FL |
| | ) | |
| KENNETH E. HANCOCK, SR., | ) | |
| d/b/a KEF Tifway Grass System; | ) | |
| DELLA F. HANCOCK; | ) | |
| HAROLD FRANKLIN WRIGHT; | ) | |
| CHARLENE ANNE WRIGHT; | ) | |
| DAVID J. PIKUL, Trustee; | ) | |
| BUSSIE HOWARD ATKINSON; | ) | |
| IVA L. ATKINSON; | ) | |
| BENNIE E. BENTON, SR.; and | ) | |
| ALICE T. BENTON, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
### DELLA HANCOCK, BENNIE BENTON, ALICE BENTON, AND DAVID PIKUL

Upon consideration of the United States' Motion for Default Judgment against Della Hancock, Bennie Benton, Alice Benton, and David Pikul, it is ORDERED that the motion is granted.

IT IS FURTHER ORDERED AND ADJUDGED that the United States' motion for default judgment against defendants Della Hancock, Bennie Benton, Alice Benton, and David Pikul is granted.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk is ordered to enter judgment against defendants Della Hancock, Bennie Benton, Alice Benton, and David

6605042.2

Pikul that they do not have interests in the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina.

IT IS FURTHER ORDERED that the Clerk shall enter judgment in accordance with the above.

Signed this 30 day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE

6605042.2

Case 4:10-cv-00113-FL   Document 25-3   Filed 08/17/11   Page 2 of 2
Case 4:10-cv-00113-FL   Document 33   Filed 11/30/11   Page 2 of 2