FILED
IN OPEN COURT
NOV 3 0 2011

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 4:10-cv-00113-FL |
| | ) | |
| KENNETH E. HANCOCK, SR., | ) | |
| d/b/a KEF Tifway Grass System; | ) | |
| DELLA F. HANCOCK; | ) | |
| HAROLD FRANKLIN WRIGHT; | ) | |
| CHARLENE ANNE WRIGHT; | ) | |
| DAVID J. PIKUL, Trustee; | ) | |
| BUSSIE HOWARD ATKINSON; | ) | |
| IVA L. ATKINSON; | ) | |
| BENNIE E. BENTON, SR.; and | ) | |
| ALICE T. BENTON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
## AGAINST KENNETH HANCOCK

Upon consideration of the United States' Motion for Default Judgment against Kenneth Hancock, it is ORDERED that the motion is granted.

IT IS FURTHER ORDERED that judgment is to be entered in favor of plaintiff United States of America and against defendant Kenneth Hancock on plaintiff's Complaint for unpaid federal taxes for the tax years 1999, 2000, 2001, and 2003, and civil penalty for the year 2003, which, along with statutory additions to tax that have accrued, as of August 22, 2011, amounts to $172,011.07, plus interest and costs that will continue to accrue after that date until paid; and

7724822.1

IT IS FURTHER ORDERED that the United States has valid and subsisting liens against all property and rights to property of Kenneth Hancock, including his interest in the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina; and

IT IS FURTHER ORDERED that the federal tax liens attaching to the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina are foreclosed; and

IT IS FURTHER ORDERED that the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina be sold under title 28, United States Code, §§ 2001 and 2002, to satisfy those liens, in accordance with the terms and conditions of the attached Order of Sale; and

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment against Kenneth Hancock consistent with this order.

Signed this 30 day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

7724822.1