FILED
NOV 3 0 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KENNETH E. HANCOCK, SR., ) <br> d/b/a KEF Tifway Grass System; ) <br> DELLA F. HANCOCK; ) <br> HAROLD FRANKLIN WRIGHT; ) <br> CHARLENE ANNE WRIGHT; ) <br> DAVID J. PIKUL, Trustee; ) <br> BUSSIE HOWARD ATKINSON; ) <br> IVA L. ATKINSON; ) <br> BENNIE E. BENTON, SR.; and ) <br> ALICE T. BENTON, ) <br> ) <br> Defendants. ) | Civil No. 4:10-cv-00113-FL |

## JUDGMENT AGAINST
## DELLA HANCOCK, BENNIE BENTON, ALICE BENTON, AND DAVID PIKUL

This action came before the Court, and default having been duly entered,

it is ORDERED AND ADJUDGED:

That defendants Della Hancock, Bennie Benton, Alice Benton, and David Pikul do not have interests in the real properties at issue in this action commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina.

6604891.2

Entered this 30th day of November, 2011.

_____
CLERK OF COURT

6604891.2