FILED
NOV 3 0 2011
IN OPEN COURT
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY ___CB___ DEP CLK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 4:10-cv-00113-FL |
| ) | |
| KENNETH E. HANCOCK, SR., ) | |
| d/b/a KEF Tifway Grass System; ) | |
| DELLA F. HANCOCK; ) | |
| HAROLD FRANKLIN WRIGHT; ) | |
| CHARLENE ANNE WRIGHT; ) | |
| DAVID J. PIKUL, Trustee; ) | |
| BUSSIE HOWARD ATKINSON; ) | |
| IVA L. ATKINSON; ) | |
| BENNIE E. BENTON, SR.; and ) | |
| ALICE T. BENTON, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AGAINST KENNETH HANCOCK

This action came before the court, and entry of default having been duly entered, it is ORDERED and ADJUDGED:

That a judgment is entered in favor of plaintiff United States of America and against defendant Kenneth Hancock on plaintiff's Complaint for unpaid federal taxes for the tax years 1999, 2000, 2001, and 2003, and civil penalty for 2003, which, along with statutory additions to tax that have accrued as of August 22, 2011, amounts to $172,011.07, plus interest at the legal rate from date of entry of judgment in full, until paid; and

6604340.2

That the United States has valid and subsisting liens against all property and rights to property of Kenneth Hancock, including his interest in the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina; and

That the federal tax liens attaching to the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina, are foreclosed; and

That the real properties commonly known as 6504 Clinton Rd, Lot 9 Atkinson & Hancock Tract, 44 Acres of Black River Swamp, Lot 3 Atkinson & Hancock Tract, 9.85 Acres of Feltman Land, and 6.49 Acres of Feltman Land in Cumberland County, North Carolina be sold under title 28, United States Code, §§ 2001 and 2002, to satisfy those liens, be sold subject to the proposed order of sale entered contemporaneously herewith.

Entered this 30+ day of November, 2011.

_____
CLERK OF COURT

6604340.2