IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 4:10-cv-00113-FL |
| | ) |
| KENNETH E. HANCOCK, SR., | ) |
| d/b/a KEF Tifway Grass System; | ) |
| DELLA F. HANCOCK; | ) |
| HAROLD FRANKLIN WRIGHT; | ) |
| CHARLENE ANNE WRIGHT; | ) |
| DAVID J. PIKUL, Trustee; | ) |
| BUSSIE HOWARD ATKINSON; | ) |
| IVA L. ATKINSON; | ) |
| BENNIE E. BENTON, SR.; and | ) |
| ALICE T. BENTON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

_____THIS MATTER comes before the Court upon the United States' motion to dismiss Counts III - VIII of its complaint. For good cause shown, it is hereby

ORDERED Counts III-VIII of the United States' complaint are dismissed without prejudice.

4/25/2012

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

8181999.1